# Court of Appeals
# of the State of Georgia

0

ATLANTA, December 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0140.  LAWRENCE DALE ROBERTS v. CHRISTINA ROBERTS.**

Christina Roberts filed a petition for citation of contempt against her ex-husband, Lawrence Roberts, for violating several provisions of the parties' divorce decree, including the provision pertaining to child support.  The trial court granted Christina Roberts's petition, holding Lawrence Roberts in willful contempt and ordering him to pay a portion of his arrearages to purge the order of contempt. Lawrence Roberts appealed the trial court's ruling.  We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the Supreme Court has jurisdiction over Lawrence Roberts's appeal, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/06/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*